IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No.   4:15CR-00340 AGF |
| -vs- | ) ) ) | |
| BRIAN GERKENS | ) ) | |
| Defendant. | ) | |

## WAIVER OF DEFENDANT'S RIGHT TO SPEEDY TRIAL

**COMES NOW** Defendant, BRIAN GERKENS, and hereby executes this Waiver of a Speedy Trial as set out in Title 18 §3161, United States Code.

Defendant further states to the Court that the ends of justice would be best served by executing said Waiver and such Waiver would outweigh the best interest of the public and the Defendant to a speedy trial.

**WHEREFORE**, Defendant, moves this Court to accept this Waiver as set out above.

Respectfully submitted,

GOLDFARB LAW GROUP, LLC

_____
BRIAN GERKENS

By:___/s/ Jeffrey A. Goldfarb_____
Jeffrey A. Goldfarb #45091MO
230 S. Bemiston Ave., Suite 1200
Clayton, Missouri 63105
314/863-5553
314/439-1998 Fax

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of this document was delivered to all parties via automatic operation of the Court's electronic filing system on December 03, 2015

_____/s/ Jeffrey A. Goldfarb_____